**Order entered June 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00191-CV

### BALTASAR D. CRUZ, Appellant

### V.

### JAMES VAN SICKLE, ET AL, Appellees

### and

### No. 05-13-00561-CV

### BALTASAR D. CRUZ, Appellant

### V.

### JAMES VAN SICKLE, ET AL, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09275**

## ORDER

Based on a review of the record in these appeals, we **CONSOLIDATE**, on our own motion, appellate cause number 05-13-00561-CV into appellate cause number 05-13-00191-CV. The parties shall now use only cause number 05-13-00191-CV when referencing the appeal.

In light of the consolidation, we reset the appellate briefing deadlines. We **ORDER** appellant to file his brief no later than July 29, 2013. Appellees shall file their brief within thirty days of the filing of appellant's brief. Because this is an accelerated appeal and extensions have been previously granted in this cause, no further briefing extensions will be granted absent exigent circumstances. Appellant is cautioned that the appeal may be dismissed without further notice if his brief is not timely filed.


/s/     ELIZABETH LANG-MIERS
             JUSTICE